# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Emily Groomes v. Bayer Corporation, et al.*   No. 10-cv-20507-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Notice of Voluntary Dismissal filed on September 1, 2011 (Doc. 20) and the Stipulation of Dismissal filed on December 4, 2013 (Doc. 22), the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY: /s/*Sara Jennings*
    **Deputy Clerk**

**Dated:** December 5, 2013

Digitally signed by David R. Herndon
Date: 2013.12.05 10:29:45 -06'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT